THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| WALTER B. CRABB § | CASE NO. 06-41117-R |
| XXX-XX-5438 § | |
| 3112 LOVERS LEAP LANE § | CHAPTER 13 |
| GUNTER, TX 75058 § | |
| § | |
| DIXIE B. CRABB § | |
| XXX-XX-3427 § | |
| § | |
| DEBTORS § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | AURORA LOAN SERVICES | $2,978.72 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $2,978.72 is attached to this Notice.

Dated: 07/25/11

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

WALTER B. CRABB
DIXIE B. CRABB
3112 LOVERS LEAP LANE
GUNTER, TX 75058

BARRON & BARRON, LLP
P. O. BOX 1347
NEDERLAND, TX 77627-1347

AURORA LOAN SERVICES
327 SOUTH INVERNESS DRIVE
ENGLEWOOD, CO 80112

MANN & STEVENS PC
550 WESTCOTT STREET SUITE 560
HOUSTON, TX 77007

AURORA LOAN SERVICES
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Dated: 07/25/11

                                            Office of the Standing Chapter 13 Trustee